# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TRACY R. MILLER,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-465(MTT) |
| **GEORGIA DEPARTMENT OF CORRECTIONS**, *et al.,* | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 10). After screening the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing the Plaintiff's claims against the Georgia Department of Corrections, Pulaski State Prison, and Defendant Warden Belinda Davis. The Plaintiff's claims against Defendants Farley, Williams, and Austin, however, were allowed to proceed. The Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's claims against the Georgia Department of Corrections, Pulaski State Prison, and Defendant Davis are **dismissed**.

**SO ORDERED,** this 30th day of January, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT