IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRACY R. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-465(MTT) |
| ) | |
| LIEUTENANT ADAM FARLEY, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 34). The Magistrate Judge recommends granting the Defendants' Motion to Dismiss (Doc. 17) because the Plaintiff failed to exhaust her administrative remedies prior to filing this lawsuit. In light of that recommendation, the Magistrate Judge further recommends denying all pending motions (Docs. 19 & 21) as moot. The Plaintiff has filed an objection to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is adopted and made the order of this Court. The Defendants' Motion to Dismiss is **granted**, and this action is dismissed without prejudice. All other pending motions are **denied as moot**.

**SO ORDERED,** this 9th day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT